Case 3:22-cv-00272   Document 42   Filed on 06/26/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| MONE P. KIMBLE, | § § § § § § § § § § | |
| Plaintiff. | | |
| V. | | 3:22-cv-00272 |
| WELLS FARGO N.A., | | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On June 8, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)-(B). Dkt. 40. Judge Edison filed a memorandum and recommendation on June 9, 2023, recommending that Defendant's Motion to Dismiss (Dkt. 25) be construed as one for summary judgment and be granted. *See* Dkt. 41.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 41) is approved and adopted in its entirety as the holding of the court; and

(2) Defendant's Motion to Dismiss (Dkt. 25) is treated as a motion for summary judgment and is granted.

SIGNED on Galveston Island this 26th day of June 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE